OPINIONS PER CURIAM, ETC., FROM APRIL 17 TO
MAY 28, 1906.

No. 253. WISHKAH BOOM COMPANY, APPELLANT, *v.* THE
UNITED STATES. Appeal from the United States Circuit Court
of Appeals for the Ninth Circuit. Argued April 25 and 26,
1906. Decided May 14, 1906. *Per Curiam.* Dismissed for
the want of jurisdiction. *Haseltine* v. *Central Bank,* 183
U. S. 130; *Schlosser* v. *Hemphill,* 198 U. S. 173; *United States*
v. *Krall,* 174 U. S. 385; *McLish* v. *Roff,* 141 U. S. 661; Act of
August 13, 1888, 25 Stat. 433, c. 866, sec. 1; *United States*
v. *Sayward,* 160 U. S. 493, 498. *Mr. Austin E. Griffiths* for
appellant. *The Attorney General* and *Mr. Milton D. Purdy,*
*Assistant to the Attorney General* for appellee.

No. 631. W. E. TRENCHARD ET AL., APPELLANTS, *v.* F.
KELL ET AL. Appeal from the Circuit Court of the United
States for the Eastern District of North Carolina. Motion to
dismiss submitted April 30, 1906. Decided May 14, 1906.
*Per Curiam.* Dismissed for the want of jurisdiction. *May-*
*nard* v. *Hecht,* 151 U. S. 324; *Colvin* v. *Jacksonville,* 158 U. S.
456; *The Bayonne,* 159 U. S. 687; *United States* v. *Rider,*
163 U. S. 132, 139; *Chamberlin* v. *Peoria &c. Ry. Co.,* 118
Fed. Rep. 32, and cases cited. *Mr. Williamson W. Fuller*
and *Mr. Herbert Noble* for appellants. *Mr. F. H. Busbee* and
*Mr. Robert M. Hughes* for appellees.